# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RICHARD I. AVIS,**

    **Petitioner,**

v.                                  Case No. 1:23-cv-277-AW-HTC

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Richard Avis seeks § 2254 relief. ECF No. 1. His petition includes eighteen grounds for relief. The Secretary of the Florida Department of Corrections moved to dismiss eleven of those grounds based on lack of exhaustion. ECF No. 12. Avis did not respond to the motion.

The magistrate judge then issued a report and recommendation, concluding the court should grant the motion. ECF No. 14. There has been no objection to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The motion to dismiss (ECF No. 12) is GRANTED. Grounds One, Six, Nine, Ten, Eleven, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, and Eighteen are dismissed without prejudice for failure to exhaust.

The magistrate judge will conduct further appropriate proceedings as to the remaining grounds.

SO ORDERED on September 3, 2024.

s/ *Allen Winsor*
United States District Judge
