IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD I. AVIS,**

    **Petitioner,**

v.                                                    Case No. 1:23-cv-277-AW-HTC

**RICKY DIXON,**

    **Respondent.**

_____/

## **FINAL ORDER**

Petitioner Richard Avis petitioned for § 2254 relief. ECF No. 1. His petition included eighteen grounds for relief. The court earlier adopted the magistrate judge's report and recommendation and granted the State's motion to dismiss eleven of those grounds based on lack of exhaustion. ECF No. 16 (adopting ECF No. 14). The State then filed a response as to the remaining grounds, and Avis filed a reply. ECF Nos. 18, 22.

In another thorough report and recommendation, the magistrate judge recommends that the court deny the petition as to the remaining grounds. ECF No. 23. I have carefully considered that report and recommendation, and I have carefully considered de novo the issues raised in Avis's objections (ECF No. 24). The objections, which are general and principally reargument, are OVERRULED. I now adopt the report and recommendation (ECF No. 23) in full and incorporate it into this order.

1

The clerk will enter a judgment that says, "The § 2254 Petition is dismissed in part and denied in part. It is dismissed for lack of exhaustion as to Grounds One, Six, Nine, Ten, Eleven, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, and Eighteen. It is denied on the merits as to the remaining grounds for relief." A certificate of appealability is DENIED because Avis has made no "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2).

The clerk will close the file.

SO ORDERED on April 30, 2025.

                                                s/ *Allen Winsor*
                                                United States District Judge